```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CONGELADOS DEL CIBAO,

                          Plaintiff,

     -against-

3 KIDS CORPORATION and DOMINICK CHIAPPONE,
*in his individual capacity,*

                          Defendants.

----------------------------------------------------------------X

**ORDER RESCHEDULING**
**SETTLEMENT CONFERENCE**

**1:19-cv-7596 (LJL)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference in this matter previously scheduled for Tuesday, July 21, 2020 at 10:00 a.m. is rescheduled to **Tuesday, August 18, 2020 at 10:00 a.m.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **August 11, 2020 by 5:00 p.m.**

      SO ORDERED.

Dated: July 22, 2020
       New York, New York

                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge