**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**CONGELADOS DEL CIBAO,**

                                **Plaintiff,**

        **v.**

**3 KIDS CORPORATION and DOMINICK CHIAPPONE**

                                **Defendants.**

---

**No. 1:19-CV-07596 (LJL)**

**ORDER GRANTING JOINT LETTER MOTION OF ALL PARTIES SEEKING TO AMEND THE CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES DUE TO COVID-19 PANDEMIC**

**ORDER AMENDING CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

**THIS MATTER** having come before this Court on by letter motion brought jointly with the consent of all parties seeking an extension of deadlines set forth in the Amended Civil Case Management Plan and Scheduling Order entered on April 17, 2020, and this Court having considered all arguments and submissions jointly submitted by the parties in respect to this motion, and for good cause having shown, it is

**ON THIS** ____11____ day of ~~July~~ September, 2020, hereby ORDERED :

1.  The letter motion submitted by the parties is hereby GRANTED.

2.  The deadline to complete all fact discovery is hereby extended to November 18, 2020.

3.  The parties shall attend a Settlement Conference on _____ before Magistrate Judge Katharine H. Parker.

4.  The deadline to file dispositive motions is hereby extended to December 17, 2020.  Answering papers are to be served within 14 days.  Reply papers are to be served within seven (7) days.

5.  A final pretrial conference will be held January 14, 2021 at 9:45 a.m., or at such other time designated by the Court.

6. The Joint Pretrial Order shall be filed no later than January 7, 2020.  The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. All motions and applications shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be ready for trial within 48 hours, notice on or February 11, 2021.  The estimated trial time is unknown at this time, and this is a jury trial.

_____
Honorable Lewis J. Liman, U.S.D.J.

September 11, 2020