```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CONGELADOS DEL CIBAO,                                              :
                                                                   :
                         Plaintiff,                                :
                                                                   :              19-cv-7596 (LJL)
        -v-                                                        :
                                                                   :              OPINION AND ORDER
3 KIDS CORPORATION, et al.,                                        :
                                                                   :
                         Defendants.                               :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/06/2021

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a conference on Friday, September 10, 2021 at 4:30pm.  The conference will proceed remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
      The parties are directed to meet and confer on the outstanding discovery disputes and to submit, by 12:00pm on Thursday, September 9, 2021, a joint letter no more than two single-spaced pages listing by discovery request the remaining disputes the parties have in order to complete discovery as scheduled under the case management plan.

      SO ORDERED.

Dated: September 6, 2021
       New York, New York

                                             LEWIS J. LIMAN
                                        United States District Judge