```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CONGELADOES DEL CIBAO,                                             :
                                                                   :
                        Plaintiff,                                 :
                                                                   :         19-cv-7596 (LJL)
        -v-                                                        :
                                                                   :            ORDER
3 KIDS CORPORATION et al,                                          :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2021

LEWIS J. LIMAN, United States District Judge:

    Leave granted to file surreply brief of no more than five pages by 5:00pm on September 24, 2021.

    SO ORDERED.

Dated: September 23, 2021
       New York, New York

                                           LEWIS J. LIMAN
                                   United States District Judge