```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
CONGELADOS DEL CIBAO,                                          :
                                                               :
                        Plaintiff,                             :
                                                               :         19-cv-7596 (LJL)
           -v-                                                 :
                                                               :              ORDER
3 KIDS CORPORATION and DOMINICK                                :
CHIAPPONE,                                                     :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      As indicated at the status conference, the schedule for dispositive motions will be amended as follows: The parties are to exchange their proposed statements of undisputed facts by November 12, 2021, at 5:00 p.m.; dispositive motions shall be filed by November 19, 2021; responses shall be filed by December 8, 2021; and replies shall be filed by December 15, 2021.

      The Joint Pretrial Order shall be filed by no later than March 4, 2022 at 5:00 p.m. The Final Pretrial Conference will be held on March 9, 2022 at 3:00 p.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007. Jury Trial is scheduled for March 14, 2022 at 9:30 a.m., pending the availability of a jury. If the Court is unable to obtain a jury on that date, parties should continue to be ready for trial in the event the Court is able to procure a jury for a date shortly after.

      SO ORDERED.

Dated: November 10, 2021
       New York, New York
                                                 LEWIS J. LIMAN
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021