**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONGELADOS DEL CIBAO,<br><br>                      Plaintiff,<br><br>v.<br><br>3 KIDS CORPORATION, and DOMINICK<br>CHIAPPONE, in his individual capacity<br><br>                      Defendants. | Civil Action No. 1:19-cv-07596-LJL<br><br>~~PROPOSED~~ **JUDGMENT** |

**UPON** the reading and filing of the Defendant Dominick Chiappone's Notice of Motion

for Partial Summary Judgment dated November 19, 2021 [ECF No. 76], Declaration of Michael

Orozco dated November 19, 2021 and the Exhibits annexed thereto [ECF No. 76-1], Defendant's

Memorandum of Law dated November 19, 2021 in support of Defendant Dominick Chiappone's

Motion for Partial Summary Judgment [ECF 76-2], Defendant Dominick Chiappone's Proposed

Order [ECF No. 76-3] and Defendant's Certification of Service [ECF No. 76-4], Plaintiff's Notice

of Motion for Summary Judgment dated November 19, 2021 [ECF No. 77], the Declaration of

Denise Alvarez, dated November 19, 2021 [ECF 77-1] and the Exhibits annexed thereto [ECF

Nos. 77-2 & 77-3], Plaintiff's Proposed Order [ECF No. 77-4], the parties' Joint Statement of

Material Facts [ECF No. 77-5], the Statement of Material Facts in Support of Plaintiff's Motion

for Summary Judgment [ECF No. 77-6], Plaintiff's Memorandum of Law in Support of Plaintiff's

Motion for Partial Summary Judgment dated November 19, 2021 [ECF No. 77-7], Plaintiff's

Memorandum of Law in Opposition to Defendant Dominick Chiappone's Motion for Partial

Summary Judgment dated December 13, 2021 [ECF No. 80], the Declaration of Denise Alvarez

in Opposition to Defendant Dominick Chiappone's Motion for Partial Summary Judgment dated

December 13, 2021 and the Exhibits annexed thereto [ECF Nos. 80-1], Plaintiff's Response to

Defendant Dominick Chiappone's Statement of Undisputed Material Facts [ECF No. 80-2],

Plaintiff's Statement of Additional Material Facts in Opposition to Defendant Dominick

Chiappone's Motion for Partial Summary Judgment Pursuant to Local Civil Rule 56.1 [ECF No.

80-3], Defendant 3 Kids Corporation's Opposition to Plaintiff's Motion for Partial Summary

Judgment dated December 13, 2021 [ECF No. 81], the Declaration of Michael Orozco, dated

December 13, 2021 [ECF No. 81-1], and the Exhibits annexed thereto [ECF No. 81-2 – 81-10],

the Reply Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment

dated December 21, 2021 [ECF No. 82], the Declaration of Denise Alvarez in Further Support of

Plaintiff's Motion for Summary Judgment, dated December 21, 2021, and the Exhibit attached

thereto [ECF No. 82-1], Plaintiff's Response to Defendant 3 Kids Corporation's Counterstatement

of Undisputed Facts [ECF No. 82-2], the Memorandum of Law of Defendant Dominick Chiappone

in Reply to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment [ECF No.

83], and all the pleadings and proceedings heretofore had herein; and after due deliberation, the

Court having issued the Opinion and Order dated May 3, 2022 granting in part and denying in part,

Plaintiff's motion for partial summary judgment and granting Defendant Chiappone's motion for

summary judgment [ECF No. 87];

     **IT IS** on this ___20th___ day of May 2022,

     **ADJUDGED** that the Plaintiff, Congelados del Cibao shall have judgment against and

shall recover from Defendant, 3 Kids Corporation, the sum of One Million, One Hundred Fifty

Seven Thousand, Eight Hundred Sixty Two Dollars and Thirty Two Cents ($1,157,862.32),

together with pre-judgment interest at the rate set forth in 26 U.S.C. § 6621(a)(2), in the amount

of $2,817,704.38, all totaling the sum of $3,975,566.70, together with costs and disbursements to

be taxed by the Court, and Plaintiff shall have execution thereon.

**ENTER:**

_____
HON. LEWIS J. LIMAN, U.S.D.J.

Date:   May 20, 2022
           New York, NY